UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
COSMOPOLITAN INTERIOR NY
CORPORATION,

                Plaintiff,

-against-

DISTRICT COUNCIL 9 INTERNATIONAL
UNION OF PAINTERS AND
ALLIED TRADES,

                Defendant.
------------------------------------------------------X



ORDER

19 CV 2669 (VM) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 21, 2019, at 5:00 p.m. Counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       November 13, 2019

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE