UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSMOPOLITAN INTERIOR NY
CORPORATION,

        Plaintiff,

        -against-

DISTRICT COUNCIL 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,

        Defendant.
------------------------------------------------------------X

ORDER

19-CV-2669 (VM)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic conference was held with counsel to the respective parties on November 21, 2019, to address matters raised in correspondence dated November 1, 2019 received by the Court from counsel to the defendant. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before December 31, 2019;

2. any dispositive motion shall be made in accordance with the Individual Rules of Practice of the assigned district judge; and

3. if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before January 31, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
      November 22, 2019

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE