UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSMOPOLITAN INTERIOR NY                    :
CORPORATION,                                :
                                            :
                      Plaintiff,            :
       -against-                            :              **ORDER**
                                            :              19- CV- 2669 (VM) (KNF)
DISTRICT COUNCIL9 INTERNATIONAL             :
UNION OF PAINTERS AND ALLIED                :
TRADES,                                     :
                      Defendants.    :      :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The defendants shall, on or before April 6, 2020, serve and file their reply.  This order resolves

the request made in Docket Entry No. 45.

Dated:  New York, New York                    SO ORDERED:
        March 20, 2020

                                              _Kevin Nathaniel Fox_____
                                              KEVIN NATHANIEL FOX
                                              UNITED STATES MAGISTRATE JUDGE