```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COSMOPOLITAN INTERIOR NY CORPORATION,   :
                                        :
              Plaintiff,                :
                                        :        ORDER
         -against-                      :
                                        :        19-CV-2669 (VM)(KNF)
DISTRICT COUNCIL 9 INTERNATIONAL UNION  :
OF PAINTERS AND ALLIED TRADES,          :                         :
                                        :
              Defendant.                :
------------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephone conference will be held with the parties on October 27, 2020, at 10:00 a.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. Please be advised that a court reporter will attend the conference via telephone.

Dated:  New York, New York                SO ORDERED:
        October 21, 2020

                                          _____
                                          KEVIN NATHANIEL FOX
                                          UNITED STATES MAGISTRATE JUDGE