USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: February 23, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
COSMOPOLITAN INTERIOR NY
CORPORATION,

                Plaintiff,

   - against -

DISTRICT COUNCIL 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,

                Defendant.
---------------------------------------X

**ORDER**

19 Civ. 2669 (VM)

**VICTOR MARRERO, United States District Judge.**

    On February 15, 2021, Defendant District Council 9, International Union of Painters and Allied Trades ("Defendant") submitted a letter requesting a premotion conference for the purpose of authorizing it to move for summary judgment in this action. (See Dkt. No. 59.) On February 18, 2021, Plaintiff Cosmopolitan Interior NY Corporation ("Plaintiff") submitted a letter opposing Defendant's request or alternatively requesting leave to file a cross-motion for summary judgment on the issue of liability. (See Dkt. No. 60.)

    Having reviewed the correspondence, the Court DENIES Defendant's request (Dkt. No. 59). The Court is not persuaded that motions for summary judgment would constitute an appropriate use of judicial resources because disputed material facts, such as whether Plaintiff was removed from certain projects and what motivated any such removal, remain. (Compare Dkt. No. 59, at 2, with Dkt. No. 60, at 2-3.)

**SO ORDERED:**

Dated:   New York, New York
           23 February 2021

_____
Victor Marrero
U.S.D.J.