**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
COSMOPOLITAN INTERIOR NY
CORPORATION,

                 Plaintiff,

   - against -

DISTRICT COUNCIL 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,

                 Defendant.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 16, 2021

**ORDER**

19 Civ. 2669 (VM)

**VICTOR MARRERO, United States District Judge.**

On June 15, 2021, Defendant District Council 9, International Union of Painters and Allied Trades submitted a letter requesting a two-week adjournment of the trial currently scheduled to commence on September 27, 2021. (See Dkt. No. 68.) Plaintiff Cosmopolitan Interior NY Corporation opposes the request. (See Dkt. No. 69.) Defendant's request is hereby GRANTED. The bench trial will now commence on October 11, 2021. The Court will allot four (4) days for the presentation of evidence.

**SO ORDERED:**

Dated:   New York, New York
          16 June 2021

_____
Victor Marrero
U.S.D.J.