# HOFFMANN & ASSOCIATES
### Attorneys at Law
450 Seventh Avenue, Suite 1400
New York, New York 10123
Tel. (212) 679-0400
Fax (212) 679-1080

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 23, 2021
```

ANDREW S. HOFFMANN
--------------------------------
TRAM D. LOPRESTO

August 23, 2021

**Via ECF**
Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

        Re:    Cosmopolitan Interior NY Corporation v. District Council 9, International Union of Painters and Allied Trades
              Index No. 19-cv-02669(VM)

Dear Judge Marrero;

      We represent Defendant in the above-referenced matter.

      Counsel for the parties jointly and respectfully request that the Court grant a one-day extension of the date on which pre-trial submissions must be made. Due to the recent storm, counsel were unable to work over the weekend, and thus request that the due date for pre-trial filings be extended from today until tomorrow, August 24, 2021.

      We thank the Court for its consideration.

Respectfully submitted,

/s/Andrew S. Hoffmann
Andrew S. Hoffmann



Request GRANTED. Due to the ongoing COVID-19 pandemic, the trial curently scheduled to begin on October 11, 2021 is hereby adjourned to begin on November 1, 2021. The parties' pretrial filings are due no later than October 1, 2021.

SO ORDERED.

August 23, 2021
DATE         VICTOR MARRERO, U.S.D.J.