UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------
COSMOPOLITAN INTERIOR NY
CORPORATION,

       Plaintiff,

  -v-

DISTRICT COUNCIL 9
INTERNATIONAL UNION OF
PAINTERS AND ALLIED TRADES,

       Defendant.
---------------------------------

19-cv-2669 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    At the close of evidence in the five-day bench trial in this this case, the Court granted leave for Defendant District Council 9 International Union of Painters and Allied Trades to re-argue his motion for judgment under Fed. R. Civ. P. 52(c), which the Court had previously granted in part and denied in part. Defendant subsequently moved for judgment on all remaining claims, and the Court heard argument from counsel for both parties. See Trial Transcript 11/5/2021.

    After due consideration of the trial record and the arguments of counsel, the Court denies Defendant's motion. The parties are directed to deliver their trial summations via the two rounds of simultaneous briefing on the schedule previously set forth on the docket.

    SO ORDERED.

New York, NY
November 8, 2021

                                        /s/ Jed S. Rakoff
                                JED S. RAKOFF, U.S.D.J.

1