UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
COSMOPOLITAN INTERIOR NY
CORPORATION,

                Plaintiff,

-against-

DISTRICT COUNCIL 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED
TRADES,

                Defendant.
-----------------------------------------------------------X

19 CIVIL 2669 (JSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 25, 2022, the Court holds that plaintiff Cosmopolitan Interior has failed to prove that DC 9 engaged in illegal secondary activity as related to any of the targets of DC 9's pressure campaign. Judgment is entered in favor of DC 9 on all three claims. Final judgment is entered in favor of defendant DC 9 on all outstanding claims, thereby dismissing the case in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

      April 25, 2022

                                                      RUBY J. KRAJICK
                                                      Clerk of Court

                            BY:
                                                      Deputy Clerk